PATTERSON BELKNAP WEBB & TYLER LLP

John D. Winter (JW 3252)
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Attorneys for Defendant
Varian Medical Systems, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHARLES JARVIS and KARON JARVIS,

        Plaintiffs,

- against -

VARIAN MEDICAL SYSTEMS, INC.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

07 CIV. 8181 (RMB)

**VARIAN MEDICAL SYSTEMS, INC.'S RULE 7.1 STATEMENT OF IDENTIFICATION**

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Varian Medical Systems, Inc. states that the following identifies all of its parent companies and publicly held companies that own 10% or more of its stock: None.

Dated: New York, New York
       September 19, 2007

                                            PATTERSON BELKNAP WEBB & TYLER LLP

                                        By: _/s/ John Winter_____
                                                John D. Winter (JW-3252)
                                                A Member of the Firm
                                               Attorneys for Defendant
                                               Varian Medical Systems, Inc.
                                               1133 Avenue of the Americas
                                               New York, New York 10036-6710
                                               Telephone: (212) 336-2000

1396952v1

TO:  SILBERSTEIN, AWAD & MIKLOS, P.C.
Attorneys for Plaintiffs
600 Old Country Road
Garden City, New York  11530
Telephone: (516) 832-7777

2

1396952v1