PATTERSON BELKNAP WEBB & TYLER LLP

John D. Winter (JW 3252)
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Attorneys for Defendant
Varian Medical Systems, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| | : |
| CHARLES JARVIS and KARON JARVIS, | |
| | :    07 CV 8181 (RMB) |
| Plaintiffs, | |
| | : |
| - against - | **AFFIDAVIT OF FILING NOTICE** |
| | :   **OF REMOVAL WITH STATE** |
| VARIAN MEDICAL SYSTEMS, INC., | **COURT** |
| | : |
| Defendant. | |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | :ss.: |
| COUNTY OF NEW YORK | ) |

JACQUES LYSIUS, being duly sworn, deposes and says:

1.     I am over 18 years of age, not a party to this action, and employed by the

law firm of Patterson Belknap Webb & Tyler LLP, attorneys for defendant Varian Medical

Systems, Inc.

2.     On September 19, 2007, I filed with the Clerk of the Supreme Court,

Bronx County, the attached Notice of Removal together with copies of the Notice of Removal to

Federal Court, and copies of the Summons and Verified Complaint, by leaving said notice and

documents with an employee of the Clerk in his office in the Bronx County Courthouse at 851

Grand Concourse, Bronx, New York 10451.


JACQUES LYSIUS



Sworn to me this 19th
day of September, 2007


Notary Public

MATTHEW M. FINNEGAN
Notary Public, State of New York
No. 01FI5080222
Qualified in New York County
Commission Expires June 16, 2011