PATTERSON BELKNAP WEBB & TYLER LLP

John D. Winter (JW 3252)
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Attorneys for Defendant
Varian Medical Systems, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
CHARLES JARVIS and KARON JARVIS,    :
                                    :   07 CV 8181 (RMB)
            Plaintiffs,             :
                                    :
    - against -                     :   **AFFIDAVIT OF SERVICE**
                                    :
VARIAN MEDICAL SYSTEMS, INC.,       :
                                    :
            Defendant.              :
                                    :
------------------------------------x

STATE OF NEW YORK       )
                        :ss.:
COUNTY OF NEW YORK      )

    MATTHEW M. FINNEGAN, being duly sworn, deposes and says:

    1.    I am over 18 years of age, not a party to this action, and employed by the law firm of Patterson Belknap Webb & Tyler LLP, located at 1133 Avenue of the Americas, New York, New York 10036.

    2.    On September 19, 2007, I served the **Civil Cover Sheet, Notice of Removal to Federal Court, Rule 7.1 Statement of Identification, Individual Practices of Hon. Richard M. Berman, Individual Rules of Magistrate Judge Kevin Nathaniel Fox, and**

**3rd Amended Instructions for Filing an Electronic case or Appeal** upon the following attorneys for the parties herein via U.S. Mail, directed to them at the address below:

Silberstein, Awad & Miklos, P.C.
600 Old Country Road
Garden City, New York 11530

_____
MATTHEW M. FINNEGAN
Lic. No. 0955687

Sworn to before me this 19th
day of September, 2007

_____
Notary Public

EDWIN J. VALLEJO
Notary Public, State of New York
No. 01VA6169270
Qualified in New York County
Commission Expires June 25, 2011

1397135v1