**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK         )
                          :ss.:
COUNTY OF NEW YORK        )

SYLVIA ANDREEV, being duly sworn, deposes and says:

1. I am over 18 years of age, not a party to this action, and am employed by the law firm of Patterson Belknap Webb & Tyler LLP, located at 1133 Avenue of the Americas, New York, New York 10036.

2. On September 25, 2007, I served the attached **VARIAN MEDICAL SYSTEMS, INC.'S ANSWER WITH AFFIRMATIVE DEFENSES AND JURY DEMAND** upon the following by depositing a true copy of same enclosed in a postpaid wrapper in a mail depository maintained by the U.S. Postal Service at 1133 Avenue of the Americas, New York, New York, directed to them at the addresses below:

SILBERSTEIN, AWAD & MIKLOS, P.C.
600 Old Country Road
Garden City, New York 11530

_____
SYLVIA ANDREEV

Sworn to before me this
25th day of September, 2007

_____
Notary Public

CHRISTINA I. BELANGER
NOTARY PUBLIC, State of New York
No. 01BE-4845827
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires Sept 30, 2009