# Silberstein Awad — Miklos, P.C.

**MEMO ENDORSED**



Motion may be filed by 10/19; Response due by 10/31; reply by 11/7/07. See Court's Rules re: length, etc. I assume motion can be decided on the papers.

**SO ORDERED**
Date: 10/18/07   Richard M. Berman
Richard M. Berman, U.S.D.J.

RECEIVED OCT 18 2007 RICHARD M BERMAN USDJ

ATTORNEYS AT LAW
600 OLD COUNTRY ROAD SUITE 412
GARDEN CITY NEW YORK 11530
VOICE 516 832 7777   FAX 516 832 7877
www.ask4sam.net

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 650
New York, New York 10007

October 18, 2007

Re: <u>Jarvis v. Varian Medical Systems, Inc.</u>
07 Civ. 8181 (RMB)

Honorable Sir:

    This letter concerns requesting a pre-motion conference on an emergency basis so that plaintiffs in the above-mentioned case, Charles Jarvis and Karon Jarvis, can timely move to remand the case to State Supreme Court. The case was commenced in New York State Supreme Court, Bronx County (Index No. 018761/2007) and then removed to this Court on September 19, 2007 (i.e., the Notice of Removal was filed on September 19, 2007).

    The time for plaintiffs to make their motion to remand is thirty (30) days from the filing of the Notice of Removal, which would be Friday, October 19, 2007. Plaintiffs respectfully assert that their motion has merit. (Plaintiffs' motion would seek permission to join defendants from a pending State Court medical malpractice case, resulting in loss of diversity jurisdiction, and remand to State Court). (See e.g., <u>Clancy v. Zimmer, Inc.</u>, 2007 WL 969237 (W.D.N.Y. 2007)).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-18-07

SAM
Silberstein Awad & Miklos, P.C.

300 RABRO DRIVE
HAUPPAUGE NY 11788
VOICE 631 348 1518
By Appointment Only

140 BROADWAY 46TH FLOOR
NEW YORK NY 10005
VOICE 212 233 6600

337 EAST 149 STREET
BRONX NY 10451
VOICE 718 204 8000

Re: <u>Jarvis v. Varian Medical Systems, Inc.</u>
07 Civ. 8181 (RMB)
Page 2 of 3

Plaintiffs assert that the claims in the instant case (i.e,. products liability) and in the pending State Court medical malpractice case arise from the same medical procedure (i.e., radiation treatment). That is, in the medical malpractice case (Supreme Court, Bronx County, Index No. 8580,2007), plaintiffs claim that during radiation treatment, plaintiff Charles Jarvis was over-radiated resulting in blindness and other injuries. In the instant case, plaintiffs assert that a machine manufactured by defendant Varian Medical Systems, Inc., which was used to deliver all or part of the radiation treatment, was defective, malfunctioning, etc., and that such was a proximate cause of plaintiffs' injuries.

The delay in seeking the pre-motion conference was my time lost from work to help care for 1 month old twins, my lack of experience practicing in Federal Court, and my lack of understanding of Justice Berman's individual practices requiring a pre-motion conference. I apologize for the delay to all parties affected, and only state that plaintiffs would be truly prejudiced if they were not permitted to bring the motion to remand in a timely manner.

A copy of this letter is being faxed to counsel for defendant Varian Medical Systems, Inc. and to counsel for the defendants in the State Court medical malpractice case who have answered or appeared in the case.

Respectfully,

Re: <u>Jarvis v. Varian Medical Systems, Inc.</u>
    07 Civ. 8181 (RMB)
    Page 3 of 3


                  Silberstein, Awad & Miklos, P.C.

              By: _Paul N. Nadler_____

                  Paul N. Nadler, Esq. (pn 3381)


cc:  (FAX)

    Patterson Belknap Webb & Tyler, LLP.
    Attorneys for defendant
    Varian Medical Systems, Inc.
    1133 Avenue of the Americas
    New York, New York 10036-6710
    phone: (212) 336-2000
    (Attn: John D. Winter, Esq. (JW 3252))

    Wilson, Elser, Moskowitz,
    Edelman & Dicker, LLP.
    Attorneys for defendants in
    State Court medical malpractice case
    James Butler, M.D. and
    Montefiore Medical Center, Individually,
    and Montefiore Medical Center sued
    as Montefiore Medical Center,
    Jack D. Weiler Hospital Division and
    the University Hospital for
    the Albert Einstein College of Medicine
    Montefiore Medical Center
    3 Gannett Drive
    White Plains, New York 10604
    (914) 323-7000