# <PH£ WILSON, ELSEk, MOSKOWITZ, EDELMAiN* & DICKER LLP

3 Gannett Drive, White Plains, New York 10604-3407   Tel: (914) 323-7000   Fax: (914) 323-7001

*Albany  'Baltimore  •Boston  'Chicago  'Dallas  'Garden City  'Houston  'Las Vegas  'London  'LosAngeles  'McLean*
*Miami  'Newark  'New  York  'Orlando  'Philadelphia  'San Diego  • San Francisco  'Stamford  'Washington, DC  'White Plains*
*Affiliates:   Berlin  'Cologne  'Frankfurt  'Mexico City'Munich  'Paris*

**www.wilsonelser.com**

September 7, 2007

Silberstein, Awad & Miklos, P.C.
600 Old Country Road
Suite 412
Garden City, New York  11530

Attention:     Karen

Re:    Charles Jarvis and Karon Jarvis v. James Butler, M.D., Montefiore
       Radiation Oncology, P.C, Center for Radiation Therapy, Montefiore
       Medical Center, Jack D. Weiler Hospital for the Albert Einstein College
       of Medicine, Montefiore Medical Center
       Our File No.:   22920.00596

Dear Karen:

Pursuant to our recent telephone conversation, please be advised that I have received the Summons and Complaint previously served upon the Center for Radiation Oncology at 1625 Poplar Street, Bronx, New York.  Please be advised that the Center for Radiation Oncology is the Department of Radiation Oncology of Montefiore Medical Center.  An answer was previously interposed on behalf of Montefiore Medical Center, therefore, no separate answer will be interposed on behalf of the Center for Radiation Oncology.

Should you have any questions regarding the above, please do not hesitate to contact the undersigned.

Very truly yours,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

Laura B. Jojaan

LBJ/lp/maj

1685915.1