| | Field 1 | Field 2 | Field 3 | Field 4 | Field # 15 |
|---|---|---|---|---|---|
| Site | LA [illegible] | L3A LAT [illegible] | C/S [illegible] | 1A C [illegible] | [illegible] |
| Energy | 6 | 6MV | [illegible] | MV | |
| TSD / T | | | | | |
| Field # | 20.0 / 10.5 | Y1 0 X1 3 / Y2 0.5 X2 8 | X1 8 / X2 3 | Y1 X1 8.5 / Y2 X2 3.6 | Y1 15 X1 4 / Y2 15 X2 0. |
| Gantry | 2[illegible] | 270 | | | |
| Coll. A | | 0 | | | |
| Cone | | | | | |
| Blocks | MLC | MLC | MLC | MLC | MLC |
| Bolus | | | | | |
| Wedge | WEDGE | EDGE | [illegible] | [illegible] | |

| Date | MU |
|---|---|
| 8/25 | |
| 8/26 | |
| 8-30 | |
| 8-31 | |
| 9-1- | 43 |
| 9-2- | 43 |
| 9/3 | 143 |
| 9/6/04 | 143 |
| 9/8/04 | 43 |
| 9/9 | 43 |

TECHNICAL NOTES — DE — NOS

9/1 — Pt received tx [illegible] due to machine [illegible]

9/8 — Rx change to [illegible] 13- INA

W = wedge B = bolus D = diode