# WILSON, ELSEk, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, NY 10604   Tel: (914) 323-7000   Fax: (914) 323-7001

*Albany  'Baltimore  'Boston  'Chicago  'Dallas  'Garden City  'Houston  'Las Vegas  'London  'Los Angeles  'McLean Miami  'Newark  'New York' Philadelphia  'San Diego  'San Francisco  'Stamford  'Washington DC  ' White Plains Affiliates:Berlin   'Cologne   'Frankfurt   'Munich   'Paris*

—

www.wilsonelser.com

**Kerri L. Yamashita, Esq.**

August 27, 2007

**VIA FACSIMILE AND U.S. MAIL**

Silberstein, Awad & Miklos, P.C.
600 Old Country Road
Suite 412
Garden City, New York 11530

Attn.: Judith Donnell, Esq.

    Re:  CHARLES JARVIS and KARON JARVIS v.JAMES BUTLER, M.D., MONTEFIORE RADIATION ONCOLOGY, P.C, CENTER FOR RADIATION THERAPY, MONTEFIORE MEDICAL CENTER, JACK D. WEILER HOSPITAL FOR THE ALBERT EINSTEIN COLLEGE OF MEDICINE, MONTEFIORE MEDICAL CENTER,
    <u>Our File No.   22920.00596</u>

Dear Ms. Donnell:

    This law firm has now been further advised that there is an additional entity involved in the maintenance of the radiation therapy machines at our client's facility.  We have learned that New York Radiation Therapy Management Services, Inc., a New York corporation with offices at 2234 Colonial Boulevard, Fort Meyers, Florida 33907, was involved in maintenance of the radiation machines during the time period at issue in this case.

    Should you have any questions regarding the above, please do not hesitate to contact the undersigned.

    Very truly yours,

    **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

    *Kerri L. Yamashita*

KLY

1677294.1

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, NY 10604 Tel: (914) 323-7000 Fax: (914) 323-7001

*Many •Baltimore *#<i$itm * Chkraga *X>atlas • Garden City •Uouston 'Las-Vegi&vLimfon. *Zits Angeles »McLean Miami* *lfexOrk 0 MrjK York'PkHaAelph'vt »Sari Dicfo * Sim fototthco tStmnfbrH # WwftinppH PC * White Plains Affiliate^! Jterjm »Ce(ogne 'Frankfurt 'Munich «Parti*

vwrw-wMsouelw-toin

August 14, 2007

**VIA FACSIMILE f5J6l 832-7877**

Silberstein, Awad &. Miklos, P.C.
600 Did Country Road
Suite 412
Garden City, New York 11530

Attn..; Judith Dorrnel, Esq,

 Re; CHARLES JARVIS and KARON JARVIS v. JAMES BUTLER, M.D,, MONTEFIORE RADIATION ONCOLOGY, P.C, CENTER FOR RADIATION THERAPY, MONTEFIORE MEDICAL CENTER, JACK D. WEILER HOSPITAL FOR THE ALBERT EINSTEIN COLLEGE OF MEDICINE, MONTEFIORE MEDICAL CENTER,
 <u>Our File No. 22920.00596</u>

Dear Ms, DonneJ;

Please be advised that the defendants respond to your Notice of Discovery & Inspection dated 6/8/07 as follows;

1. The machine manufacturer is Varian, and is a Linear Accelerator, Model #CL2IEX, with Serial Number #25-S.

2. The company that maintains and repairs the machine is Varian.

3. The entity responsible for the maintenance of the machine was: Varian.

4. The technician who wrote the notation regarding the malfunction of the machine was Paula Sipio, who is currently employed. The technician whose initials are signed on the column next to the notation is Calvin Patterson, currently employed.

5. Object to this demand as being overly broad and unduly burdensome. The plaintiff received radiation therapy for a two week period between 8/25 and 9/9/04, Therefore, your demand for records after 9/9/04 is improper, Notwithstanding my objection, I have requested copies of any log books regarding the machine in question for the period of time from 9/1/03 through 9/9/04. If such log books are in existence, I will forward copies to you. I have ajso requested copies of calibration records for the machine in question for the period Df 9/1/03 through 9/9/04, If such records are in existence, r will forward copies to you. Defendant Is not in possession of any maintenance or repair

i6^4?e,i

Silberstein, Awad & Mikltis, P.C.
August 14, 2007
Page 2.

      records, as all such documents are kept by Varian. There are no phone logs regarding complaints made or received as a result of malfunctioning machines.

Should you have any questions regarding the above, please do not hesitate to contact the undersigned.

      Very truly yours,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

Laura B. Jordan

LBJjmaj

16664S6.1