# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 020174/07                                   Purchased/Filed:

STATE OF NEW YORK            SUPREME COURT            NASSAU COUNTY

---

*Charles Jarvis and Karon Jarvis*                                   Plaintiff

against

*New York Radiation Therapy Management Services, Inc.*              Defendant

---

STATE OF NEW YORK   SS.:
COUNTY OF ALBANY

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____September 13, 2007_____, at __2:00 pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Notice of Availability of Electronic Filing, Summons and Verified Complaint

on

New York Radiation Therapy Management Services, Incorporated sha New York Radiation Therapy Management Services, Inc.

, the Defendant in this action, by delivering to and leaving with _____Amy Lesch_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __23__   Approx. Wt: __160__   Approx. Ht: __5'9"__
Color of skin: __White__   Hair color: __Blonde__   Sex: __F__   Other: _____

Sworn to before me on this

__17th__ day of _____September, 2007_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0707529

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**