| DATE | TECHNICAL NOTES / DIODE READINGS |
|---|---|
| | |

W = wedge B = bolus D = diode

| | |
|---|---|
| F # | 10 |
| | RT POST NECK e⁻ BOOST |
| | 12 MeV |
| | 110 |
| | 27 |
| | 15 X 15 |
| | CUST 3 |

CUMULATIVE DOSES (Gy)

| FIELD # | 7+8 | 4,5+8 | 11+12 | 5+6 11+P | 9 | 10 |
|---|---|---|---|---|---|---|
| SITE | LT offcord | Cord neck | Lower neck scalp #2 | [illegible] | LT POST NECK e BOOST | RT POST NECK e⁻ BOOST |
| SEP. | | | | | | |
| DEPTH | | | | | | |
| Gy/Fx | 2.00 | 2.00 | 2.00 | 2.00 | 2.1 | 2.0 |

Phys. Chk | STATUS [redacted] NOTES

8/13 Tx [illegible]

Pt post lowdown / JTS

CT [illegible]

AP / PA (Boost) [illegible]

9/9/04 AP

9/9/04

2 MMC Weiler

## Course Diagnosis/Prescription Report

**Patient:**  Jarvis.Charles

ID1: 02390485

ID2:

Home Phone: 718/537-6422

Work Phone:

Oncologist: MDButler, James

---

**Course:**  *01*

intent:    Curative w/chemo

Status:    TREATING ,

*Course Note*

Prescription last modified    ndeb 08/13/2004

Approved by jbutJer 07/07/2004

---

| ID | Volume | Technique and Depth | Energy | Dose/ Frac | *No. Frac | Frac/ Wk | Total Dose | Comment |
|---|---|---|---|---|---|---|---|---|
| #3-TUMOR CONEDOW | #3-TUMOR CONEDOWN | LATS plan | 6X | 2.0000Gy | 10 | 5 | 20.0000Gy | |
| L POST NECK #2 | L POST NECK #2 | LLAT 90% | 12E | 2.0000Gy | 15 | 5 | 30.0000Gy | calculate cord dose |
| LOWER NECK | LOWER NECK 1 | AP-PA plan | 6X | 2.0000Gy | 20 | 5 | 40.0000Gy | weight anteriorly |
| LOWER NECK #2 | LOWER NECK #2/CORD BLOCK | APPA plan | 6X | 2.0000Gy | 10 | 5 | 20.0000Gy | weight anteriorly * |
| LOWER NECK CONE | LOWER NECK CONE DOWN #3 | APPA plan | 6X | 2OOOOGy | 5 | 5 | 10.0000Gy | |
| RPOST NECK #2 | R POST NECK #2 | RLAT 90% | 12E | 2.0000Gy | 15 | 5 | 30.0000Gy | calculate cord dose |
| UPPER NECK | UPPER NECK | LATERALS plan | 6X | 2.0000Gy | 20 | 5 | 40.0000Gy | |
| UPPER NECK/CORD | UPPER NECK/CORD BLOCK #2 | LATOPP plan | 6X | 2.0000Gy | 5 | 5 | 10.0000Gy | |

**Diagnosis Attached to this Course**

| Diagnosistype | Diagnosiscode and Description | Tstage | Nstage | Mstage | Summaiystagc | Histologycode and Description |
|---|---|---|---|---|---|---|
| Primary | 147.8 , OTHER SPECIFIED StTES OF NASOPHARYf | (None) | (None) | (None) | TBD- | |

#3

Physician Signature:

Date:

* Caluulation: No. Frac = TotalDose / DoseperFrac

---

 Fomi#2911MMC-3/00     



## 1 MMC Moses

## Course Diagnosis/Prescription Report

*Patient:*   Jarvis,Charles

101: 02390485                                          Home Phone:  718/537-6422

ID2:                                                   Work Phone:

Oncologist: MDButler, James

---

Course:      *01*

Intent:      Curative w/chemo          Prescription last modified    ndeb 07/07/2004

Status:      NEW ,                     Approved  by jbutler 07/07/2004

Course Afofe:

---

| ID | Volume | Technique and Depth | Energy | Dose/ Frac | No. Frac | Frac/ Wk | Total Dose | Comment |
|---|---|---|---|---|---|---|---|---|
| L POST NECK #2 | L POST NECK #2 | LLAT 90% | 12E | 2.0000Gy | 15 | 5 | 30.0000Gy | calculate corf dose |
| LOWER NECK | LOWER NECK | AP-PA plan | 6X | 2.0000Gy | 20 | 5 | 40.0000Gy | weight anteriorly  5 + fc |
| LOWER NECK #2 | LOWER NECK #2/CORD BLOCK | APPA plan | 6X | 2.0000Gy | 15 | 5 | 30.OOOOGy | weight anteriorly  M +−iu |
| R POST NECK #2 .. | R POST NECK #2 | RLAT 90% | 12E | 2.0000Gy | 15 | 5 | 30.0000Gy | calculate corf dose |
| UPPER NECK | UPPER NECK 1 | LATERALS plan | 6X | 2.0000Gy | 20 | 5 | 40.0000Gy | ̄̀  \-H |
| UPPER NECK/CORO | UPPER NECK/CORD BLOCK #2 | LATOPP plan | 6X | 2.0000Gy | 15 | 5 | 30.0000Gy | n+% |

*Diagnosis Attached to this Course*

| OiagnosIstyp* | DIagnoIIscode and Description | Tttage | Nstage | Mstage | Summaryttagi | Histologycode and Description |
|---|---|---|---|---|---|---|
| Primaiy | 147.8 , OTHER SPECIFIED SITES OF NASOPHARYI | (None) | (None) | (None) | TBD | |

Physician Signature: _____  & _____          Date: _____

Cakilation: No. Frac = TotalDose / DoseperFrac

**Form #2911 MMC-3/00**

(1) SUPINE ON 'A' W/TA MASK

(2) SHOULDER PULLS

| | Field a / | Field. <^ | Field i 3 | Field t ^f | Field f ^7 | Field • ^> |
|---|---|---|---|---|---|---|
| Site | AT LAT UPPER | u9?ez fleck | LT LAT UPPER NECK | Z 'up£-k | AP LOWER NECK | PA Low&i. Al& |
| Energy | & /ms | (sstrf | (* T1U | tZsnis | /isrtlJ | &SHS |
| TSD/TAD | | | /&*> 7»Z> | | | |
| Field Site | vi O-O xi f.% Y2 Z^-6 X2 f-6 | Y1 Q.O X1 £v£ Y2 13-6 X2 8-6 | Yl Q.OXt $•& Y2 /3-&X2 t-1 | Y1 O-O XI $•& Y2 /3-C-/2 9-2 | Y1 /f-O X1 / ^ Y2 I5-C? X2 O-O | Y1 IS-D xi O-O Y2 /S-0 X2 ISO |
| Gentry Angle | 270° | O-70- | 90° | 90' | C | /gO' |
| Coll. Angle | o° | O' | cr | 0' | <io | o° |
| Cone | | | | | | |
| Blocks | /77<!-C | /77£-CL^ | szr^-C- | /^^-<C | /77C<L~ | /?7C-C~ |
| Bold* | | | | | | |
| Wedge | /S:'M-£)£(T,, | I5UJet)CCi'£T | /S'Wease fn | /rVfiSf/A/ | /5°\Nea* Mr | Ji?W<s»tf |

| DATE | TECHNICAL NOTES / OIODE HEADINGS' | M | Tech | MU | MU | MU | MU | MU | MU |
|---|---|---|---|---|---|---|---|---|---|
| 7-M"t>Y | t^rr.-n^ £A*{iiL-( 6*+&ic- c*~..'<J<£> | 7/>5/a | UriaT | //A | 57 | IIS | Mr | 171 | (51 |
| | *-? | tb hi | fr- | t<4 | y | w> | V? | 1-7/ | i^( |
| 2-2-c~f | P'? Ci)Jc^rtJ^) | M | A3- | 114 | •Jn | il6 | %1 | HI | /57 |
| *-* ^J- | ?- 6 o*f PT Ca.*jc^-Kbr) | ify/pf | X0- | /'i | 37 | lie | Y\| | /l/ | l& |
| | | ifyi4 | ^*J" | h¥ | 3f | 'it€ | 37 | /l/ | FI |
| | | 7=jte-a | ^r$- | «4 | 57 | f/5 | 27 | 111 | (51 |
| | | 7L>">M | »-n | iH | 'V? | W? | •.T | m | iei |
| | | yiMi,*, | ^n | "H | ^"7 | If* | ->> | e>t | rSl |
| | | ^••Jur | CySO | ,LK | 4f | tr<> | 7r7 | nt | rs( |
| | | >TX-<H | u* | | "^7 | V* | i l | 111 | tiL |
| | | l-Jf-aj | <s | Zuk | 37 | its | •37 | ill | &I |
| | | •>^?c-«-7 | 6vk | J fit | V> | us | 7? | 7\ | 't\| |
| | | ^;3 °" | cT^ | ^-i | V,, | f'S | 11 | 2ZI | /5 |
| | | *i "1 | *6) | nX | -}-7 | US | i2 | n\ | lfil |
| | | ?-4L | a | lief | "*7 | 115 | J? | 171 | «/ |
| | | x-to-o | Sltb | IU! | :7 | 115 | 37 | 171 | /5/ |
| | | *kw | V)- | H | ^>T | M^ | ^T | p i, | QSiL |
| | | cfnl^ | U | ;# | ^7 | I'S" | 37 | p i | />/ |
| | | ^MH | tr | uH | 37 | uS | i-) | p i | /•=.! |
| | | <ifcf»t | ** | fi-{ | V> | M^ | ^7 | f i | ill |
| | | 1' | | | | | | | |

| FIELD # | | | | | | | | | | | | | | | | | PF | DATE | | STATUS CHECK NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SITE | UPPER/ LOWER NECK | LOWER NECK | | | | | | | | | | | | | | | | | LO-V C | |
| SEP. | SEE PLAN | SEE PLAN | | | | | | | | | | | | | | | | | | |
| DEPTH | SEE PLAN | SEE PLAN | | | | | | | | | | | | | | | | | | |
| Gy / Fx | 2.0 Gy/Fx | 2.0 Gy/Fx | | | | | | | | | | | | | | | | | | |

| Phys. Chk. | FX | ED | Daily | Cum | FX | ED | Daily | Cum | FX | ED | Daily | Cum | FX | ED | Daily | Cum | FX | ED | Daily | Cum |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 2.0 | 2.0 | 1 | 1 | 2.0 | 2.0 | | | | | | | | | | | | | |
| 2 | 2 | 2.0 | 4.0 | 2 | 2 | 2.0 | 4.0 | | | | | | | | | | | | | |
| 3 | 4 | 2.0 | 6.0 | 3 | 3 | 2.0 | 6.0 | | | | | | | | | | | | | |
| 4 | 5 | 2.0 | 8.0 | 4 | 5 | 2.0 | 8.0 | | | | | | | | | | | | | |
| 5 | 6 | 2.0 | 10.0 | 5 | 6 | 2.0 | 10.0 | | | | | | | | | | | | | |
| 6 | 7 | 2.0 | 12.0 | 6 | 7 | 2.0 | 12.0 | | | | | | | | | | | | | |
| 7 | 8 | 2.0 | 14.0 | 7 | 8 | 2.0 | 14.0 | | | | | | | | | | | | | |
| 8 | 11 | 2.0 | 16.0 | 9 | 11 | 2.0 | 16.0 | | | | | | | | | | | | | |
| 9 | 12 | 2.0 | 18.0 | 9 | 11 | 2.0 | 18.0 | | | | | | | | | | | | | |
| 10 | 13 | 2.00 | 20.0 | 11 | 13 | 2.0 | 20.0 | | | | | | | | | | | | | |
| 11 | 14 | 2.00 | 22.00 | 11 | 14 | 2.00 | 22.00 | | | | | | | | | | | | | |
| 12 | 15 | 2.0 | 24.0 | 13 | 15 | 2.0 | 24.0 | | | | | | | | | | | | | |
| 13 | 16 | 2.0 | 26.0 | 13 | 16 | 2.0 | 26.0 | | | | | | | | | | | | | |
| 14 | 19 | 2.00 | 28.00 | 17 | 19 | 2.00 | 28.00 | | | | | | | | | | | | | |
| 15 | 20 | 2.00 | 30.00 | 18 | 20 | 2.00 | 30.00 | | | | | | | | | | | | | |
| 16 | 21 | 2.00 | 32.00 | 21 | 21 | 2.00 | 32.00 | | | | | | | | | | | | | |
| 17 | 22 | 2.0 | 34.0 | 22 | 22 | 2.0 | 34.0 | | | | | | | | | | | | | |
| 18 | 23 | 2.0 | 36.0 | 23 | 23 | 2.0 | 36.0 | | | | | | | | | | | | | |
| 19 | 24 | 2.0 | 38.0 | 24 | 24 | 2.0 | 38.0 | | | | | | | | | | | | | |
| 20 | 25 | 2.0 | 40.0 | 25 | 25 | 2.0 | 40.0 | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | | | | | | | | |

| | Field # 12 | Field # 13A | Field # | Field # 14A | Field # 15 | Field # 16 |
|---|---|---|---|---|---|---|
| Site | R LAT c/D3 | RT LAT | ZT LAT c/D3 | LT LAT | N S'CLN #3 | PA S #3 |
| | | | 6mv | 6mv | | |
| Field Size | Y1 0.0 Y2 10.5 X1 3.5 X2 8.5 | Y1 Δ0 Y2 8.5 X1 3.0 X2 8.5 | V1 0.0 V2 10.5 X1 8.5 X2 3.0 | V1 0.0 V2 10.5 X1 8.5 X2 3.0 | V1 15.0 V2 15.0 X1 4.5 X2 0.0 | V2 15.0 |
| Gantry Angle | 270° | 270° | | | | |
| Coll. Angle | 0° | 0° | | 0° | | |
| Blocks | | | | MLC | | MLC |
| | 15° Wedge RT | | 15 ZT | 15° Wedge IN | | |

| | | | | |
|---|---|---|---|---|
| 8/26/04 | | 85 | 92 | 83 |
| 8-30-04 | | 85 | 92 | 83 |
| 9-3-04 | | 85 | 92 | 83 |
| 9/13/04 | | | 92 | 63 |
| 9/24 | | 85 | 92 | 83 |

W = wedge B = bolus D = diode

TECHNICAL

9/1/04 Pt received tx to [illegible] 1.3 [illegible] due to machine malfunction

9/9/04 Rx change to 20 5[illegible] 13-14A

