## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                 ) ss. :
COUNTY OF NASSAU )

    PAUL N. NADLER, being duly sworn, deposes and says:

    I am not a party to the action, am over 18 years of age and reside at Northport, New York. On October 19, 2007, I served the **NOTICE OF MOTION AND SUPPORTING PAPERS** by depositing a true copy thereof enclosed in a postpaid wrapper, first class mail, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

TO:    Patterson Belknap Webb & Tyler, LLP.
       Attorneys for defendant
       Varian Medical Systems, Inc.
       1133 Avenue of the Americas
       New York, New York 10036-6710
       (Attn: John D. Winter, Esq. (JW 3252))

       Wilson, Elser, Moskowitz,
       Edelman & Dicker, LLP.
       Attorneys for defendants in
       State Court medical malpractice action
       James Butler, M.D. and
       Montefiore Medical Center, Individually,
       and Montefiore Medical Center sued
       as Montefiore Medical Center,
       Jack D. Weiler Hospital Division and
       the University Hospital for
       the Albert Einstein College of Medicine
       Montefiore Medical Center
       3 Gannett Drive
       White Plains, New York 10604

       Montefiore Radiation Oncology, P.C.
       Defendant in default in State Court
       State Court medical malpractice action
       1825 Eastchester Road
       Bronx, New York 10461

1

New York Radiation Therapy
Management Services, Inc.
Defendant in default in related action
2234 Colonial Boulevard
Fort Meyers, Florida 33907

New York Radiation Therapy
Management Services, Inc.
Defendant in default in related action
1850 Boy Scout Drive, DR# A101
Fort Myers, Florida 33907

                                              _____
                                                 PAUL N. NADLER

Sworn to before me on
October 19, 2007

_____
NOTARY PUBLIC

      KAREN A. OTTINGER
   Notary Public, State of New York
      No. 01014849146
   Qualified In Nassau County
  Commission Expires May 24, afU—

2