UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Charles Jarvis and Karen Jarvis
　　　　　　　　Plaintiff(s),

- v -

Varian Medical Systems, Inc.
　　　　　　　　Defendant(s).
-----------------------------------------------------------X

**Case Management Plan**

07 CV. 8181 (RMB)

　　　The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i) Joinder of additional parties by 12/29/07

(ii) Amend the pleadings by 12/29/07

(iii) All discovery to be **expeditiously** completed by ~~1/30/08~~ 2/29/08 (Fact + Expert)

(iv) Consent to Proceed before Magistrate Judge Yes

(v) Status of settlement discussions None. With Principals on 3/10/08 @ 9:30 (subject to pending motion to remand)

**Sections vi through xi will be set at conference with the Court.**

(vi) Motions

(vii) Oral Argument

(viii) Joint Pre-Trial Order to be submitted by

(ix) Final Pre-Trial Conference

(x) Trial

(xi) Other

SO ORDERED: New York, New York
　　　　　　　10/26/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2007

RMB
_____
Hon. Richard M. Berman, U.S.D.J.