| Field # | 1 | 2A | [illegible] | 1A | 15 |
|---|---|---|---|---|---|
| Site | LA | LAT | [illegible] | [illegible] | [illegible] |
| Energy | 6 | 6 MV | [illegible] MV | MV | |
| TSD / T | | | | | |
| Field Size | 20.0 / 10.5 | Y1 0 X1 3 / Y2 0.5 X2 8 | X1 8 / X2 3 | Y1 X1 8.5 / Y2 X2 3.6 | V1 15 X1 4 / V2 15 X2 [illegible] |
| Gantry | 2[illegible] | 27[illegible] | | | |
| Coll. A | | 0 | | | |
| Cone | | | | | |
| Blocks | MLC | MLC | MLC | MLC | MLC |
| Bolus | | | | | |
| Wedge | 1 NGS | EDGE | [illegible] | [illegible] | |

| Date | TECHNICAL NOTES | DER | NDB |
|---|---|---|---|
| 8/25 | | | |
| 8/26 | | | |
| 8-30 | | | |
| 8-31 | | | |
| 9-1 | Pt received tx due to machine | | |
| 9-2 | | | |
| 9/3 | | | |
| 9/6/04 | | | |
| 9/8 | | | |
| 9/9 | Rx change to 13 – 14A | | |

MU / W / B / D: 143, 143, 143, 143, 143, 143

W = wedge B = bolus D = diode