

Select a Program at Montefiore Medical Center    

Home > Find a Doctor > Search Results > Avi Israel Einzig, MD

# Find a Doctor
## Avi Israel Einzig, MD

New Search | Return to Search Results

<< Previous | Next >>



**Gender:** Male
**Specialist**
**Department:** Oncology
**Spanish Speaker**
**Practice Specialty:** Medical Oncology

**Locations:**

Eastchester Professional Ctr.
1695 Eastchester Road, Ste.304
Bronx, NY 10461
**Phone:** (718) 822-4432
**Fax:** (718) 822-4738
View Map | Driving Directions



Your Physician List

You have not yet added any physicians to your list

Add Avi Israel Einzig, MD to your list

Your physician list will only be saved for as long as your current visit to this site.

| | |
|---|---|
| **Medical Education:** | M.D., Albert Einstein College of Medicine |
| **Residency:** | North Shore University Hospital - Glen Cove |
| **Fellowship:** | Memorial-Sloan Kettering Cancer Center |
| **Board Certified:** | Internal Medicine<br>Medical Oncology |

Schedule An Appointment | Health Library | Directions | Careers | Sitemap
Media | For Health Professionals | Privacy Policy | Contact Webmaster

**Contact Montefiore**
© 2005 Montefiore Medical Center