

Home > Patient Guide > Your Guide to Montefiore Medical Center > Getting to Montefiore ...

# Getting to Montefiore Medical Center East Campus



**Weiler Division Hospital**
1825 Eastchester Road



**Montefiore Medical Park**
1695/1695A Eastchester Road
1575 Blondell Avenue
1625 Poplar Street

SEE MAP >>

##  By Bus (within the Bronx):

### Bx21 Bus
**Bx21** bus (Morris Park Avenue) to Eastchester Road for Weiler Hospital) and Williamsbridge Road for Montefiore Medical Park.

### Bx12 Bus
**Bx12** bus to Eastchester Road. Transfer at Eastchester Road to the **Bx31** bus to Weiler Hospital or to Williamsbridge Road for Montefiore Medical Park.

##   By Subway/Bus:

**Patient Guide**

Making an Appointment
Directions
- Moses (West Campus)
- Weiler (East Campus)
Information For Hospital Patients
Information For Family & Friends
- Visiting Hours
- Visitor Guidelines
- Where to Stay
Local Services
- Moses (West Campus)
- Weiler (East Campus)
Bioethics Consultation Service
Clinical Looking Glass
Community Services and Resources
Customer Services
Emergency Services
Health Care Proxy and Living Will
Managed Care
Financial Aid Policy
Patient's Bill of Rights
Social Services
Spiritual Care

Contact Us