1 MMC Moses

## Course Diagnosis/Prescription Report

*Patient:* Jarvis, Charles
ID1: 02390485
ID2:
*Oncologist:* MDButler, James

Home Phone: 718/537-6422
Work Phone:

*Course:* 01
Intent: Curative w/chemo
Status: NEW,
*Course Note:*

Prescription last modified   ndeb 07/07/2004
Approved by jbutler 07/07/2004

| ID | Volume | Technique and Depth | Energy | Dose/Frac | *No. Frac | Frac/Wk | Total Dose | Comment |
|---|---|---|---|---|---|---|---|---|
| L POST NECK #2 | L POST NECK #2 | LLAT 90% | 12E | 2.0000Gy | 15 | 5 | 30.0000Gy | calculate cord dose |
| LOWER NECK | LOWER NECK | AP-PA plan | 6X | 2.0000Gy | 20 | 5 | 40.0000Gy | weight anteriorly |
| LOWER NECK #2 | LOWER NECK #2/CORD BLOCK | APPA plan | 6X | 2.0000Gy | 15 | 5 | 30.0000Gy | weight anteriorly |
| R POST NECK #2 | R POST NECK #2 | R LAT 90% | 12E | 2.0000Gy | 15 | 5 | 30.0000Gy | calculate cord dose |
| UPPER NECK | UPPER NECK | LATERALS plan | 6X | 2.0000Gy | 20 | 5 | 40.0000Gy | |
| UPPER NECK/CORD | UPPER NECK/CORD BLOCK #2 | LAT OPP plan | 6X | 2.0000Gy | 15 | 5 | 30.0000Gy | |

*Diagnosis Attached to this Course*

| Diagnosistype | Diagnosiscode and Description | Tstage | Nstage | Mstage | Summarystage | Histologycode and Description |
|---|---|---|---|---|---|---|
| Primary | 147.8 , OTHER SPECIFIED SITES OF NASOPHARYN | (None) | (None) | (None) | *TBD | |

Physician Signature: _____   Date: _____

* Calulation: No. Frac = TotalDose / DoseperFrac