| | Field # 13 | Field # 13A | Field # 14 | Field # 14A | Field # 15 | Field # 16 |
|---|---|---|---|---|---|---|
| Site | RT LAT C/D3 | RT LAT C/D #3 | LT LAT C/D3 | LT LAT C/D3 | RT S'CLAV 1+3 | PA S'CLAV #3 |
| Energy | 6 mv | 6 mv | 6 mv | 6 mv | | |
| TSD / TAD | | | | | | |
| Field Size | Y1 0.0 X1 3.0 / Y2 10.5 X2 8.5 | Y1 0.0 X1 3.0 / Y2 10.5 X2 8.5 | Y1 0.0 X1 8.5 / Y2 10.5 X2 3.0 | Y1 0.0 X1 8.5 / Y2 10.5 X2 3.0 | Y1 15.0 X1 4.5 / Y2 15.0 X2 0.0 | Y1 15.0 X1 X / Y2 15.0 X2 4.5 |
| Gantry Angle | 270° | 270° | 90° | 90° | X | 180 |
| Coll. Angle | 0° | 0° | 0° | 0° | 90 | 270 |
| Cone | — | — | — | — | | |
| Blocks | MLC | MLC | MLC | MLC | MLC | MLC |
| Bolus | — | — | — | — | | |
| Wedge | 15° WEDGE RT | 15° WEDGE IN | 15° WEDGE LT | 15° WEDGE IN | — | — |

| DATE | TECHNICAL NOTES / DIODE READINGS | Date | Tech | MU | W | B | D | MU | W | B | D | MU | W | B | D | MU | W | B | D | MU | W | B | D | MU | W | B | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 8/25/04 | JEB | 91 | | | | 85 | | | | 92 | | | | 83 | | | | | | | | | | | |
| | | 8/26/04 | tz | 91 | | | | 85 | | | | 92 | | | | 83 | | | | | | | | | | | |
| | | 8/27/04 | | 91 | | | | 85 | | | | 92 | | | | 83 | | | | | | | | | | | |
| | | 8-30-04 | | 91 | | | | 85 | | | | 92 | | | | 83 | | | | | | | | | | | |
| | | 8-31-04 | | 91 | | | | 85 | | | | 92 | | | | 83 | | | | | | | | | | | |
| 9/1/04 Pt received to Rt field # 13 only due to machine malfunction | | 9-1- | | 91 | | | | — | | | | — | | | | — | | | | 143 | | | | 103 | | | |
| | | 9-2 | | 91 | | | | 85 | | | | 92 | | | | 83 | | | | 143 | | | | 103 | | | |
| | | 9/3/04 | | 91 | | | | 85 | | | | 92 | | | | 83 | | | | 143 | | | | 103 | | | |
| | | 9/6/04 | | 91 | | | | 85 | | | | 92 | | | | 83 | | | | 143 | | | | 103 | | | |
| | | 9/8/04 | BQ | 91 | | | | 85 | | | | 92 | | | | 83 | | | | 143 | | | | 103 | | | |
| 9/9/04 Rx change to 20.5 Gy # 13 - 14A | | 9/9/04 | BQ | 91 | | | | 85 | | | | 92 | | | | 83 | | | | 143 | | | | 113 | | | |

W = wedge    B = bolus    D = diode