| Filters Used: | | Date Printed: 6/13/2007 |
|---|---|---|
| 1 Tagged Record | **E-Mail Report** | Time Printed: 4:27PM |
| | Form Format | Printed By: AR |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | 6/13/2007 Time | 2:11PM | 12:00AM | Duration | 0.00 (hours) | Code | Matters-Rel |
| Subject | NYSEF: Bronx <LETTER / CORRESPONDENCE> (Charles Jarvis et | | | | | Staff | Joseph Miklos |
| Client | Charles Jarvis | | | MatRef | Jarvis v. Montefiore medical Center | MatNo | 5245 |
| From | eFile2@courts.state.ny.us | | | | | | |
| To | calendar@ask4sam.net | | | | | | |
| CC To | | | | | | | |
| Bcc To | | | | | | | |
| Reminders | | (days before) | Follow | Done | Notify | Hide | Trigger | Private | Status |
| User1 | | | | | User3 | | | | |
| User2 | | | | | User4 | | | | |

This is an AUTOMATED response

The NYS EFiling web site has received, filed and approved documents from the User, JOSEPH MIKLOS, for the following case/claim:



Caption: Charles Jarvis et al vs James Butler, M.D., et al
Claim/Index Number: 008580/2007
Date Case/Claim created in EFiling: 03/07/2007
Email Notifications Sent to:
jmiklos@ask4sam.net
calendar@ask4sam.net

You can view the contents of the submitted document(s) by clicking on the hyperlinks that appear in the body of this message below.

LETTER / CORRESPONDENCE
http://iapps.courts.state.ny.us/fbem/DocumentDisplayServlet?documentId=zQmjpo6bmJs4SE/R3yLthQ==&system=prod

If the hyperlink does not display the document by clicking on it, cut and paste the entire document link into your browser.

-------------------------------------------------------------------------------
THIS E-MAIL IS INTENDED ONLY FOR THE USE OF THE NAMED ADDRESSEE(S) AND FOR THE PURPOSES OF THE
ELECTRONIC FILING SYSTEM. IF YOU ARE NOT THE INTENDED RECIPIENT NOR A PERSON DESIGNATED TO RECEIVE
MESSAGES ON BEHALF OF THE INTENDED RECIPIENT, PLEASE NOTIFY THE SENDER IMMEDIATELY.
THANK YOU.
-------------------------------------------------------------------------------

| Filters Used: | | |
|---|---|---|
| 1 Tagged Record | **E-Mail Report** <br> Form Format | Date Printed: 9/21/2007 <br> Time Printed: 10:11AM <br> Printed By: AR |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | 9/21/2007 Time  10:07AM  12:00AM  Duration   0.00 (hours) | | | | | Code | |
| Subject | NYSEF: Bronx <AFFIRMATION/AFFIDAVIT OF SERVICE> (CHA | | | | | Staff | |
| Client | | | MatRef | | | | MatNo |
| From | eFile2@courts.state.ny.us | | | | | | |
| To | calendar@ask4sam.net | | | | | | |
| CC To | | | | | | | |
| Bcc To | | | | | | | |
| Reminders | (days before) | Follow N | None | Notify N | Hide N | Trigger N | Private N  Status |
| User1 | | | | User3 | | | |
| User2 | | | | User4 | | | |

This is an AUTOMATED response

The NYS EFiling web site has received, filed and approved documents from the User, JOSEPH MIKLOS, for the following case/claim:

Caption: CHARLES JARVIS et al vs VARIAN MEDICAL SYSTEMS, INC.
Claim/Index Number: 018761/2007
Date Case/Claim created in EFiling: 08/20/2007
Email Notifications Sent to:
jmiklos@ask4sam.net
calendar@ask4sam.net

You can view the contents of the submitted document(s) by clicking on the hyperlinks that appear in the body of this message below.

**AFFIRMATION/AFFIDAVIT OF SERVICE**
http://iapps.courts.state.ny.us/fbem/DocumentDisplayServlet?documentId=zQmjpo6bmJsBbfwxlklHXw==&system=prod

If the hyperlink does not display the document by clicking on it, cut and paste the entire document link into your browser.

---

THIS E-MAIL IS INTENDED ONLY FOR THE USE OF THE NAMED ADDRESSEE(S) AND FOR THE PURPOSES OF THE
ELECTRONIC FILING SYSTEM. IF YOU ARE NOT THE INTENDED RECIPIENT NOR A PERSON DESIGNATED TO RECEIVE
MESSAGES ON BEHALF OF THE INTENDED RECIPIENT, PLEASE NOTIFY THE SENDER IMMEDIATELY.
THANK YOU.

---

1

| Filters Used: | | |
|---|---|---|
| 1 Tagged Record | **E-Mail Report** | Date Printed: 8/31/2007 |
| | Form Format | Time Printed: 11:49AM |
| | | Printed By:  AR |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | 8/31/2007 Time | 11:45AM | 12:00AM | Duration | 0.00 (hours) | Code | |
| Subject | NYSEF: Bronx <Claim/Index Number Assigned> (CHARLES JARVIS | | | | | Staff | |
| Client | | | MatRef | | | | MatNo |
| From | eFile2@courts.state.ny.us | | | | | | |
| To | calendar@ask4sam.net | | | | | | |
| CC To | | | | | | | |
| Bcc To | | | | | | | |
| Reminders | | (days before) | Follow N | None | Notify N | Hide N | Trigger N  Private N  Status |
| User1 | | | | | User3 | | |
| User2 | | | | | User4 | | |

This is an AUTOMATED email response.

The Docket with caption

CHARLES JARVIS et al vs NEW YORK RADIATION THERAPY MANAGEMENT SERVICES, INC.,

has been assigned the claim/index number 020174/2007.



Payment Information
Amount paid: $210.00
Date Paid: 8/31/07
Credit Card: ************3224
Auth Code: 04551A

The following links will take you to the documents that were approved as a result of the claim/index number assignment.

http://iapps.courts.state.ny.us/fbem/DocumentDisplayServlet?documentId=zQmjpo6bmJuodZldplmoGg==&system=prod

If the hyperlink does not display the document by clicking on it, cut and paste the entire document link into your browser.

===========================================================================
NOTE : Pursuant to Section 202.5-b (b)(1) and (g)(1) of the Uniform Rules, service of the initiating papers and the "Notice Regarding Availability of Electronic Filing" must be made in hard copy on each party (unless the party agrees to accept service by electronic means). A copy of the "Notice Regarding Availability of Electronic Filing" can be found on the EFiling website under the "Forms" menu.
===========================================================================

THIS E-MAIL IS INTENDED ONLY FOR THE USE OF THE NAMED ADDRESSEE(S) AND FOR THE PURPOSES OF THE
ELECTRONIC FILING SYSTEM. IF YOU ARE NOT THE INTENDED RECIPIENT NOR A PERSON DESIGNATED TO RECEIVE
MESSAGES ON BEHALF OF THE INTENDED RECIPIENT, PLEASE NOTIFY THE SENDER IMMEDIATELY. THANK YOU.

1