## Silberstein Awad  Miklos, P.C.

ATTORNEYS AT LAW

600 OLD COUNTRY ROAD  SUITE 412
GARDEN CITY  NEW YORK  11530
VOICE  516 832 7777  FAX  516 832 7877
www.ask4sam.net

November 8, 2007

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 650
New York, New York 10007

Re: Jarvis v. Varian Medical Systems, Inc.
07 Civ. 8181 (RMB)

Honorable Sir:

This letter concerns plaintiffs' Reply Affidavit and Memorandum of Law in support of its motion, which was e-filed with the Court and served via first class on defendant Varian Medical Systems, Inc. ("Varian") on November 7, 2007. Exhibit "A" annexed to the Reply Affidavit could not be e-filed due to its size, and inadvertently a wrong record was e-filed as Exhibit "A". However, the papers served on Varian via first class mail contained the correct Exhibit "A", and the courtesy papers filed in hand with the Court contained the correct Exhibit "A". (Please disregard the incorrect Exhibit "A" which was e-filed on November 7, 2007).

Respectfully,

Silberstein, Awad & Miklos, P.C.

By:  _Paul N. Nadler_

Paul N. Nadler, Esq. (pn 3381)



By Appointment Only

| | | | |
|---|---|---|---|
| Silberstein | 300 RABRO DRIVE | 140 BROADWAY  46TH FLOOR | 337 EAST 149 STREET |
| Awad & | HAUPPAUGE NY 11718 | NEW YORK NY 10005 | BRONX NY 10451 |
| Miklos, P.C. | VOICE 631 348 1518 | VOICE 212 233 6600 | VOICE 718 204 8000 |

cc:

Patterson Belknap Webb & Tyler, LLP.
Attorneys for defendant
Varian Medical Systems, Inc.
1133 Avenue of the Americas
New York, New York 10036-6710
phone: (212) 336-2000
(Attn: John D. Winter, Esq. (JW 3252))

Wilson, Elser, Moskowitz,
Edelman & Dicker, LLP.
Attorneys for defendants in
State Court medical malpractice case
James Butler, M.D. and
Montefiore Medical Center, Individually,
and Montefiore Medical Center sued
as Montefiore Medical Center,
Jack D. Weiler Hospital Division and
the University Hospital for
the Albert Einstein College of Medicine
Montefiore Medical Center
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000